PRINDLE, GOETZ, BARNES & REINHOLTZ LLP
R. Derek Classen, Esq. (Bar No. 162805)
One World Trade Center, Suite 1100
Long Beach, California 90831
Telephone: (562) 436-3946
Facsimile: (562) 495-0564
dclassen@prindlelaw.com
BBUY-1136
Attorneys for Defendant, BEST BUY STORES, L.P., erroneously served and sued herein as BESTBUY.COM, LLC, a Virginia limited liability company

CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| INEZ ANDERSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COMENITY CAPITAL BANK, a Utah corporation and BESTBUY.COM, LLC, a Virginia limited liability company,<br><br>　　　　Defendants. | CASE NO.: 2:22-cv-03583-RGK-E<br><br>[PROPOSED] ORDER REGARDING STIPULATION FOR DISMISSAL<br><br>[44] |

　　Pursuant to Rule 41(a)(2) and the Stipulation for Dismissal [33], the Court hereby dismisses the complaint, without prejudice.

　　IT IS SO ORDERED

DATED:　　November 4, 2022

　　　　　　　　　　　　　　　　　*/s/ Gary Klausner*
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

1
[PROPOSED] ORDER REGARDING STIPULATION FOR DISMISSAL